UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EH SAY, | ) |
| Plaintiff | ) ) ) ) |
| v. | ) Case No.: 1:15-cv-00135-SPB ) |
| VERDE ENERGY USA, INC. | ) ) ) |
| Defendant | ) ) |

### STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice of this action without Rule 54(d)(1) costs to either party. The Court retains jurisdiction to enforce its Order dated October 15, 2015.

*/s/ Kevin P. Allen*
Kevin P. Allen
Eckert, Seamans, Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Phone: (412) 566-6866
Email: kpallen@eckertseamans.com

Attorney for the Defendant

Date: November 10, 2015

*/s/ Craig Thor Kimmel*
Craig Thor Kimmel,
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Email: kimmel@creditlaw.com

Attorney for the Plaintiff

Date: November 10, 2015

BY THE COURT:

Magistrate Judge Susan Paradise Baxter
_____ J.

Digitally signed by Magistrate Judge Susan Paradise Baxter
DN: cn=Magistrate Judge Susan Paradise Baxter, o, ou, email=Judge_Susan_Baxter@pawd.uscourts.gov, c=US
Date: 2015.11.10 09:09:13 -05'00'

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 10th day of November, 2015:

Craig Thor Kimmel,
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Email: kimmel@creditlaw.com

*Attorney for Plaintiff*

/s/ Kevin P. Allen
Kevin P. Allen
Eckert, Seamans, Cherin & Mellott, LLC
U.S. Steel Tower
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
Phone: (412) 566-6866
Email: kpallen@eckertseamans.com

Attorney for the Defendant